## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DUANE H. SMITH,

Chapter 7
Case No. 24-01616-jwb
Hon. James W. Boyd
Filed: June 17, 2024

Debtor.

_____/

THOMAS C. RICHARDSON,                           Adv. Proceeding No.: 25-80063-jwb
Chapter 7 Trustee,

Plaintiff,

vs.

RICHARD SMITH,

Defendant.

_____/

## ORDER APPROVING SETTLEMENT OF CLAIMS TO AVOID AND RECOVER AVOIDABLE TRANSFERS

Thomas C. Richardson, Chapter 7 Trustee ("**Trustee**") has filed a *Motion for Settlement of Claims to Avoid and Recover Avoidable Transfers* (the "**Motion**") to approve the terms of a settlement by which the Richard Smith has agreed to pay the Trustee $6,000.00 to settle all claims brought in this adversary proceeding, Case No.: 25-80063-jwb. No objections have been filed to the Motion after notice was given to all parties listed on the bankruptcy court matrix.  The Court finds that the proposed settlement of this adversary proceeding is in the best interests of the bankruptcy estate and creditors.

**THEREFORE, IT IS HEREBY ORDERED:**

1.      The settlement between the Trustee and Richard Smith, as described in the *Stipulation for Settlement of Claims to Avoid and Recover Avoidable Transfers* (attached as Exhibit A to the Motion), is approved on the terms of the Motion.

2.      The Trustee is authorized to execute such documents, and may take any action, that may be necessary and appropriate to effectuate the settlement on the terms and conditions of this Order.

**END OF ORDER**

Prepared by:
Elisabeth M. Von Eitzen
Warner Norcross + Judd, LLP
180 East Water Street, Suite 7000
Kalamazoo, Michigan 49007
(269) 276-8118
evoneitzen@wnj.com

**IT IS SO ORDERED.**

**Dated December 22, 2025**

James W. Boyd
United States Bankruptcy Judge